AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TACARRO MORGAN,

    Movant,

               v.

United States of America,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV615-068
CR613-018

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on June 1, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, Morgan's motion for 2255 is DENIED and this action stands CLOSED.

June 1, 2016
*Date*



Scott L. Poff
*Clerk*

(By) Deputy Clerk

GAS Rev 10/1/03