# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| TOCARRO MORGAN, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CV617-009 |
| v. | ) | CV616-101 |
| | ) | CV615-068 |
| UNITED STATES OF AMERICA, | ) | CR613-018 |
| | ) | |
| Respondent. | ) | |

## ORDER

Tocarro Morgan has filed a self-styled "Motion under: 28 U.S.C. 3742, 28 U.S.C. 2255, and 28 U.S.C. 3582(c)," apparently seeking reconsideration of her sentence. Doc. 58.[1]

The federal courts have long made available to jails and prisons specific forms for filing habeas and civil rights cases. In *Williams v. Freesemann*, 2015 WL 6798946 (S.D. Ga. Oct. 15, 2015), this Court noted that some inmate-litigants bypass those forms in favor of "home-brewed" filings. Adverse factors can motivate that effort. The Court's forms force inmates to answer questions aimed at capturing things like 28 U.S.C. § 1915(g) strikes and repeat (*e.g.*, successive writ) habeas filings. *See, e.g.*,

---

[1] The Court is citing to the criminal docket in CR613-018 unless otherwise noted, and all page numbers are those imprinted by the Court's docketing software.

*Bright v. Corizon Health Corp.*, 2015 WL 9257155 at * 1 (S.D. Ga. Dec. 18, 2015) ("Bright's incentive to omit his prior case information is strong because of the § 1915(g) three-strike bar."). "Home-brewers" typically omit those prophylactic questions from their filings.

The Clerk is therefore **DIRECTED** to send Morgan a § 2255 form petition. Within 30 days after the Clerk serves movant with a copy of this Order and the form petition, she must re-file both the petition and any supporting memorandum of law explaining her entitlement to relief from her conviction. She is reminded to answer all pertinent questions on that form. If she fails to respond within 30 days of service of this Order, the case will be recommended for dismissal on abandonment grounds.

**SO ORDERED,** this __11th__ day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA